JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA  91355
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNEY K. BEATTY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant | No. 2:21-cv-04526-MWF-KS<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

　　　Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

　　　IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $1,392.25 in attorney's fees, subject to the terms of the stipulation.

Dated:  June 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen L. Stevenson
　　　　　　　　　　　　　　　　　　　　　　　　HON. KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge